[No. 8313. *En Banc.* March 24, 1910.]

THE STATE OF WASHINGTON, *on the Relation of the Puget Sound Realty Associates, Plaintiff*, v. THE SUPERIOR COURT FOR KING COUNTY, *Respondent*.[1]

Application for a writ of certiorari to review an order of the superior court for King county, Gay, J., entered September 20, 1909. Denied.

*Shank & Smith* and *Hughes, McMicken, Dovell & Ramsey*, for relator.

*Charles E. Shepard* and *W. H. Bissell Thomas*, for respondent.

PER CURIAM.—The question involved in this application is the same as that involved in the case of *State ex rel. Seattle General Contract Co. v. Superior Court*, 56 Wash. 649, 106 Pac. 150, where this court held that certiorari would not lie to review an order made in a cause directing an inspection of documents in the possession of an opposing party. Relator's application is therefore denied.

[1]Reported in 107 Pac. 833.